■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN SPAVONE, Appellant. [620 NYS2d 286] —Appeal by the defendant, as limited by his motion, from a sentence of the

Supreme Court, Queens County (Appelman, J.), imposed January 7, 1993.

Ordered that the sentence is affirmed *(see, People v West,* 124 Misc 2d 622). Mangano, P. J., Bracken, Lawrence, Altman and Friedmann, JJ., concur.